CSD 3000C [11/15/04]
Name, Address, Telephone No. & I.D. No.

Bernard M. Hansen, Esq. (Cal. Bar No. 115751)
3465 Camino Del Rio South, Suite 250
San Diego, CA  92108-3905
(619) 283-3371
Attorney for Defendant, David Kahn

**Order Entered on April 22, 2011 by Clerk U.S. Bankruptcy Court Southern District of California**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
DAVID KAHN
                                        Debtor.

**LODGED**
BANKRUPTCY NO. 10-12306-PB7

CALIFORNIA BANK & TRUST
                                        Plaintiff(s)

ADVERSARY NO. 10-90636-PB7

v.
DAVID KAHN
                                        Defendants(s)

Date of Hearing: April 7, 2011
Time of Hearing: 9:30 a.m.
Name of Judge: PETER W. BOWIE

## ORDER ON
## MOTION BY DAVID KAHN TO DISMISS

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through ____ with exhibits, if any, for a total of ____ pages, is granted.  Notice of Lodgment Docket Entry No. __14__

//
//
//
//

DATED: April 21, 2011

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Law Office of Bernard M. Hansen
(Firm name)

By: /s/ Bernard M. Hansen
    Attorney for  ☑ Movant  ☐ Respondent

/s/ Peter W. Bowie
Judge, United States Bankruptcy Court

CSD 3000C

| | |
|---|---|
| ORDER ON MOTION BY DAVID KAHN TO DISMISS<br>DEBTOR: DAVID KAHN | CASE NO.: 10-12306-PB7<br>ADV. NO.: 10-90636-PB7 |

 The Motion by David Kahn to Dismiss under Bankruptcy Rules 7009(b) and 7012(b)(6) came on regularly for hearing on April 7, 2011, at 9:30 a.m., in Department Four of the above-captioned court, the Honorable Peter W. Bowie, Chief Judge presiding. Meghan C. Sherrill, Esq. of TROUTMAN SANDERS LLP appeared on behalf of the Plaintiff herein and Bernard M. Hansen, Esq. appeared on behalf of defendant, David Kahn. The Court having reviewed the papers filed by each party; having considered the oral argument of counsel; and good cause appearing,

 IT IS HEREBY ORDERED:

 A. The Motion to Dismiss by David Kahn is granted as to each of the three claims for relief pled by the Plaintiff in its complaint with leave to amend each claim for relief; and

 B. Plaintiff shall file any amended complaint within 30 days.

CSD 3000C

*Signed by Judge Peter W. Bowie April 21, 2011*