# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

**ADV:** 10-90636

**CALIFORNIA BANK & TRUST, ASSIGNEE VS DAVID KAHN**

| | |
|---|---|
| **Debtor:** | DAVID KAHN |
| **Case Number:** | 10-12306-PB7    **Chapter:** 7 |
| **Date / Time / Room:** | MONDAY, JULY 18, 2011 11:00 AM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | MARILYN WILKINSON |
| **Reporter / ECR:** | LYNETTE ALVES |

### Matter:

DEFENDANT'S MOTION TO DISMISS 1ST AMENDED COMPLAINT

### Appearances:

MEGHAN CANTY SHERRILL, ATTORNEY FOR CALIFORNIA BANK & TRUST, ASSIGNEE
BERNARD M. HANSEN, ATTORNEY FOR DAVID KAHN

### Disposition:

Motion to Dismiss denied in the most part except leave granted to amend complaint to allege that debtor was asked to explain the loss of assets under 11 U.S.C. § 727(a)(5) and Court will agree to certify for 28 U.S.C. 1292 issue of relation back whether sufficient facts were alleged in original complaint were sufficient for relating back for Statute of Limitations purposes.

Plaintiff to have 30 days to amend complaint.  Order to come from Sherrill.  Contested.